

**FILED**

JUN 0 7 2018

Clerk, U.S District Court
District Of Montana
Great Falls

**BRYAN R. WHITTAKER**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-Mail: Bryan.Whittaker@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18- 11 -BU- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **ILLEGAL REENTRY**<br>Title 8 U.S.C. § 1326(a) |
| **RUBEN LOPEZ-URIAS,** | (Penalty: Two years imprisonment, $250,000 fine, and one year supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about May 23, 2018, at Bozeman, and within Gallatin County, in the State and District of Montana, the defendant, RUBEN LOPEZ-URIAS, an alien and citizen of Mexico, who had previously been deported and removed from the United States on or about July 8, 2014, was thereafter found in the United States

without having received express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant:_____
Bail:_____

USM Custody
Montana

2